

| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:CR-18-281 |

**FILED**

**AUG 27 2019**

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**19 CR 175 CVE**

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT Middle District/PA | DIVISION Williamsport |
|---|---|---|
| Jeffrey G. Boyd | NAME OF SENTENCING JUDGE Honorable Matthew W. Brann | |
| ▇▇▇▇▇▇▇▇▇▇ | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/14/2019 | TO 8/13/2022 |

| OFFENSE |
|---|
| 18 U.S.C. § 922(g)(8) – Possession of a Firearm by a Person Subject to Certain Orders of the Court |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____**Middle**_____ DISTRICT OF _____**Pennsylvania**_____

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Oklahoma</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_August 19, 2019._
_____
Date

_(signature)_
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____**Northern**_____ DISTRICT OF _____**Oklahoma**_____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer /<u>supervised releasee</u> be accepted and assumed by this Court from and after the entry of this order.

_August 26, 2019_
_____
Effective Date

_(signature)_
_____
United States District Judge

APPEAL

### United States District Court
### Middle District of Pennsylvania (Williamsport)
### CRIMINAL DOCKET FOR CASE #: 4:18-cr-00281-MWB-1

**19 CR 175 CVE**

| | |
|---|---|
| Case title: USA v. Boyd | Date Filed: 08/21/2018 |
| Magistrate judge case number: 5:18-mj-00075-JFS | Date Terminated: 08/14/2019 |

Assigned to: Honorable Matthew W. Brann

**Defendant (1)**

**Jeffrey G. Boyd**
*TERMINATED: 08/14/2019*

represented by **D. Toni Byrd**
Federal Public Defender's Office
330 Pine St
Suite 302
Williamsport, PA 17701
570-323-9314
Email: toni_byrd@fd.org
*TERMINATED: 08/22/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Elliot A. Smith**
Federal Public Defender's Office
201 Lackawanna Avenue
Suite 317
Scranton, PA 18503
570-343-6285
Email: elliot_a_smith@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

ILLEGAL POSSESSION OF A
FIREARM AND AMMUNITION
(1)

**Disposition**

BOP for a term of Time served, and is
ordered released from incarceration.
The defendant is directed to return to
the Northern District of Oklahoma, and
report for supervision at the probation
office in Tulsa. Three (3) years

supervised release with standard and
special conditions. $100 Special
assessment. $1000 fine.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

18:922G.F

---

**Plaintiff**

USA                                represented by **Michelle Olshefski**
                                                  US Attorney's Office
                                                  P.O. Box 309
                                                  235 North Washington Aven
                                                  Scranton, PA 18501
                                                  570-348-2800
                                                  Email: michelle.olshefski@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2018 | 1 | SEALED COMPLAINT as to Jeffrey G. Boyd (1). (ms) [5:18-mj-00075-JFS] (Entered: 08/13/2018) |
| 08/13/2018 | 4 | MOTION to Seal Affidavit in support of complaintby USA as to Jeffrey G. Boyd. (ms) [5:18-mj-00075-JFS] (Entered: 08/13/2018) |
| 08/13/2018 | 5 | ORDER granting 4 Motion to Seal as to Jeffrey G. Boyd (1). Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/13/18. (ms) [5:18-mj-00075-JFS] (Entered: 08/13/2018) |
| 08/13/2018 | 6 | Arrest Warrant Returned Executed on 8/13/18. in case as to Jeffrey G. Boyd. (ms) [5:18-mj-00075-JFS] (Entered: 08/13/2018) |
| 08/13/2018 | 9 | CJA 23 Financial Affidavit by Jeffrey G. Boyd (ms) [5:18-mj-00075-JFS] |

| | | |
|---|---|---|
| | | (Entered: 08/13/2018) |
| 08/13/2018 | 10 | ORDER APPOINTING CJA ATTORNEY OR FEDERAL PUBLIC DEFENDER as to Jeffrey G. Boyd. Federal Public Defender, Scranton, Elliot Smith, appointed. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/13/18. (ms) [5:18-mj-00075-JFS] (Entered: 08/13/2018) |
| 08/13/2018 | 11 | SCHEDULING ORDER as to Jeffrey G. Boyd Preliminary Examination set for 8/22/2018 10:00 AM in Wilkes-Barre - Courtroom 1 before Magistrate Judge Joseph F. Saporito Jr... Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/13/18. (ms)(Copy to Scranton Court Reporters and Marshal from Chambers) [5:18-mj-00075-JFS] (Entered: 08/13/2018) |
| 08/14/2018 | 12 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Diana Gilbride (570)498-7552 dgreporter@frontier.com of Hearing before Judge Saporito on Monday, August 13, 2018. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Saporito on Monday, August 13, 2018. By s/ Diana Gilbride (570)498-7552 dgreporter@frontier.com. (Court Reporter Notes are viewable by court staff only). (cr1, ) [5:18-mj-00075-JFS] (Entered: 08/14/2018) |
| 08/14/2018 | 14 | ORDER OF DETENTION as to Jeffrey G. Boyd. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/14/18. (ms)(Copy to Scranton Marshal from Chambers) [5:18-mj-00075-JFS] (Entered: 08/14/2018) |
| 08/21/2018 | 1 | INDICTMENT as to Jeffrey R. Boyd (1) count(s) 1. WITH NOTICE OF FORFEITURE (cl) (Entered: 08/22/2018) |
| 08/21/2018 | 2 | Criminal Cover Sheet (Access Restricted to Court Users) -. (cl) (Entered: 08/22/2018) |
| 08/21/2018 | 3 | Sealed Document (cl) (Entered: 08/22/2018) |
| 08/21/2018 | 15 | ORDER as to Jeffrey G. Boyd. Preliminary examination scheduled for 8/22/18 is CANCELLED as indictment has been filed as to defendant. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/21/18. (ms)(Copy to Scranton Court Reporters and Marshal from Chambers) [5:18-mj-00075-JFS] (Entered: 08/21/2018) |
| 08/22/2018 | 4 | NOTICE OF HEARING as to Jeffrey R. Boyd; Arraignment and Initial Appearance set for 8/27/2018 11:00 AM in Williamsport - Courtroom 3 before Magistrate Judge William I. Arbuckle. Signed by Magistrate Judge William I. Arbuckle on 8/22/18.(ch1) (Entered: 08/22/2018) |
| 08/27/2018 | 16 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Elliot Smith as to Jeffrey G. Boyd. Signed by Magistrate Judge William I. Arbuckle on 8/27/18. (ch1) (Entered: 08/27/2018) |
| 08/27/2018 | 17 | NOT GUILTY PLEA ENTERED as to Jeffrey G. Boyd. (ch1) (Entered: 08/27/2018) |
| 08/27/2018 | 18 | ORDER OF DETENTION as to Jeffrey G. Boyd. Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | William I. Arbuckle on 8/27/18. (ch1) (Entered: 08/27/2018) |
| 08/27/2018 | | ORAL ORDER granting Govt's oral motion to correct Defendant's Middle Initial to "G" as to Jeffrey G. Boyd. Signed by Magistrate Judge William I. Arbuckle on 8/27/18. (ch1) (Entered: 08/27/2018) |
| 08/27/2018 | 19 | SCHEDULING ORDER as to Jeffrey G. Boyd - Sets forth case management instructions, guidelines & pretrial/trial schedule. Jury Selection and Trial scheduled for 10/1/2018 at 9:30 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. (See Order for further details.) Signed by Honorable Matthew W. Brann on 8/27/2018. (jr) (Entered: 08/27/2018) |
| 09/06/2018 | 20 | Unopposed MOTION to Continue *Jury Selection and Trial and For Extension of Time to File Pretrial Motions* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Concurrence, # 2 Proposed Order)(Smith, Elliot) (Entered: 09/06/2018) |
| 09/07/2018 | 21 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd held on August 27, 2018, initial appearance/arraignment before Magistrate William I. Arbuckle. Court Reporter/Transcriber Lori A. Fausnaught, RMR/CRR, Telephone number 570.323.6704 Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/28/2018. Redacted Transcript Deadline set for 10/9/2018. Release of Transcript Restriction set for 12/6/2018. (cr6, ) (Entered: 09/07/2018) |
| 09/07/2018 | 22 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of Initial Appearance/Arraignment before Magistrate William I. Arbuckle on August 27, 2018. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of recorded proceedings in the United States District Court for the Middle District of PA before Magistrate William I. Arbuckle on August 27, 2018. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 09/07/2018) |
| 09/12/2018 | 23 | ORDER TO CONTINUE - Ends of Justice as to Jeffrey G. Boyd - IT IS ORDERED that 20 defendant's Motion to Continue is granted; Jury Selection and trial are CONTINUED to 12/3/2018 09:30 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann; pretrial motions ddl 10/10/18; Time excluded from 9/12/18 until 12/3/18. Signed by Honorable Matthew W. Brann on 9/12/18. (lg) (Entered: 09/12/2018) |
| 09/21/2018 | 24 | MOTION to Revoke *Order of Detention* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Nonconcurrence)(Smith, Elliot) (Entered: 09/21/2018) |
| 09/21/2018 | 25 | BRIEF IN SUPPORT by Jeffrey G. Boyd re 24 MOTION to Revoke *Order of Detention* Brief in Opposition due by 10/5/2018 (Smith, Elliot) (Entered: 09/21/2018) |
| | | |

| 09/21/2018 | 26 | Declaration in Support of Defendant's Motion for Revocation of Order of Detention (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C) (Smith, Elliot) (Entered: 09/21/2018) |
|---|---|---|
| 09/27/2018 | 27 | SCHEDULING ORDER as to Jeffrey G. Boyd - Hearing on Defendant's Motion for Revocation of Order of Detention is scheduled for 10/12/2018 at 10:00 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. Signed by Honorable Matthew W. Brann on 9/27/2018. (jr) (Entered: 09/27/2018) |
| 10/05/2018 | 28 | BRIEF IN OPPOSITION by USA as to Jeffrey G. Boyd re 24 MOTION to Revoke *Order of Detention* Reply Brief due by 10/19/2018. (Olshefski, Michelle) (Entered: 10/05/2018) |
| 10/09/2018 | 31 | Unopposed MOTION to Continue *Jury Selection and Trial and for Extension of Time to File Pretrial Motions* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Concurrence, # 2 Proposed Order)(Smith, Elliot) (Entered: 10/09/2018) |
| 10/09/2018 | 33 | REPLY BRIEF by Jeffrey G. Boyd re 24 MOTION to Revoke *Order of Detention* (Smith, Elliot) (Entered: 10/09/2018) |
| 10/10/2018 | 34 | SCHEDULING ORDER as to Jeffrey G. Boyd - IT IS HEREBY ORDERED that the hearing on Motion for Revocation is RESCHEDULED for 10/12/2018 at 10:30 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. Signed by Honorable Matthew W. Brann on 10/10/18. (lg) (Entered: 10/10/2018) |
| 10/12/2018 | 35 | ORDER TO CONTINUE - Ends of Justice as to Jeffrey G. Boyd. GRANTING 31 Motion to Continue Jury Selection and Trial and for an Extension of Time to File Pretrial Motions; CONTINUING Jury Selection and Trial from 12/3/2018 to 2/4/2019 at 9:30 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. The deadline for filing pretrial motions is extended until 12/10/2018. The period of delay resulting from this continuance is excluded under the Speedy Trial Act. Time excluded from 10/12/2018 until 2/4/2019. Signed by Honorable Matthew W. Brann on 10/12/2018. (jr) (Entered: 10/12/2018) |
| 10/12/2018 | 36 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of Bail hearing before Judge Matthew W. Brann on October 12, 2017. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on October 12, 2017. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 10/12/2018) |
| 10/12/2018 | 38 | ORDER denying 24 Motion to Revoke Order of Detention as to Jeffrey G. Boyd (1). Signed by Honorable Matthew W. Brann on 10/12/2018. (jr) (Entered: 10/12/2018) |
| 10/12/2018 | 39 | ORDER OF DETENTION pending trial as to Jeffrey G. Boyd. Signed by |

|  |  | Honorable Matthew W. Brann on 10/12/2018. (jr) (Entered: 10/12/2018) |
|---|---|---|
| 11/15/2018 | 43 | NOTICE *of Intention* by Jeffrey G. Boyd (Smith, Elliot) (Entered: 11/15/2018) |
| 11/16/2018 | 44 | SCHEDULING ORDER as to Jeffrey G. Boyd - Telephone Status Conference set for 11/28/2018 10:00 AM in Williamsport before Honorable Matthew W. Brann. Signed by Honorable Matthew W. Brann on 11/16/18. (lg) (Entered: 11/16/2018) |
| 11/19/2018 | 45 | Unopposed MOTION to Continue *Telephone Status Conference* by USA as to Jeffrey G. Boyd. (Attachments: # 1 Proposed Order, # 2 Certificate of Concurrence)(Olshefski, Michelle) (Entered: 11/19/2018) |
| 11/21/2018 | 46 | ORDER granting 45 Motion to Continue as to Jeffrey G. Boyd (1). Telephone Status Conference scheduled for 11/28/2018 at 10:00 am is RESCHEDULED for 11/29/2018 at 3:30 PM before Honorable Matthew W. Brann. Signed by Honorable Matthew W. Brann on 11/21/2018. (jr) (Entered: 11/21/2018) |
| 12/06/2018 | 48 | MOTION to Dismiss *Indictment* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Nonconcurrence, # 2 Proposed Order)(Smith, Elliot) (Entered: 12/06/2018) |
| 12/06/2018 | 49 | AFFIDAVIT by Jeffrey G. Boyd (Attachments: # 1 Declaration Exhibit A, # 2 Declaration Exhibit B)(Smith, Elliot) (Entered: 12/06/2018) |
| 12/06/2018 | 50 | BRIEF IN SUPPORT by Jeffrey G. Boyd re 48 MOTION to Dismiss *Indictment* Brief in Opposition due by 12/20/2018 (Smith, Elliot) (Entered: 12/06/2018) |
| 12/06/2018 | 51 | MOTION to Strike *Surplusage from the Indictment* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Nonconcurrence, # 2 Proposed Order)(Smith, Elliot) (Entered: 12/06/2018) |
| 12/06/2018 | 52 | BRIEF IN SUPPORT by Jeffrey G. Boyd re 51 MOTION to Strike *Surplusage from the Indictment* Brief in Opposition due by 12/20/2018 (Smith, Elliot) (Entered: 12/06/2018) |
| 12/06/2018 | 53 | MOTION to Suppress *Evidence Obtained in Violation of the United States Constitution* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Nonconcurrence, # 2 Proposed Order)(Smith, Elliot) (Entered: 12/06/2018) |
| 12/06/2018 | 54 | BRIEF IN SUPPORT by Jeffrey G. Boyd re 53 MOTION to Suppress *Evidence Obtained in Violation of the United States Constitution* Brief in Opposition due by 12/20/2018 (Smith, Elliot) (Entered: 12/06/2018) |
| 12/14/2018 | 55 | ORDER TO CONTINUE - Ends of Justice as to Jeffrey G. Boyd: Jury Selection and Trial scheduled for 3/18/2019 at 9:30 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. Pretrial Conference scheduled for 2/14/2019 at 1:30 PM in Chambers before Honorable Matthew W. Brann. Motions in Limine are due no later than 1/14/2019. Opposing Briefs, if any, are due no later than 1/21/2019. Proposed voir dire questions, verdict form, and proposed jury instructions due 2/7/2019. (See Order for |

| | | |
|---|---|---|
| | | further details.) Time excluded from 12/14/2018 until 3/18/2019. Signed by Honorable Matthew W. Brann on 12/14/2018. (jr) (Entered: 12/14/2018) |
| 12/21/2018 | 56 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Pre-Trial Motions* by USA as to Jeffrey G. Boyd. (Attachments: # 1 Proposed Order, # 2 Certificate of Concurrence)(Olshefski, Michelle) (Entered: 12/21/2018) |
| 12/21/2018 | 57 | ORDER granting 56 Motion for Extension of Time to File Response/Reply as to Jeffrey G. Boyd (1). The government's response to defendant's pretrial motions is due on or before 1/11/2019. Signed by Honorable Matthew W. Brann on 12/21/2018. (jr) (Entered: 12/21/2018) |
| 01/10/2019 | 58 | SCHEDULING ORDER as to Jeffrey G. Boyd - Evidentiary Hearing on Defendant's Motion to Suppress is scheduled for 1/31/2019 at 10:00 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. (See Order for further details.) Signed by Honorable Matthew W. Brann on 1/10/2019. (jr) (Entered: 01/10/2019) |
| 01/10/2019 | 59 | BRIEF IN OPPOSITION by USA as to Jeffrey G. Boyd re 48 MOTION to Dismiss *Indictment* Reply Brief due by 1/24/2019. (Olshefski, Michelle) (Entered: 01/10/2019) |
| 01/10/2019 | 60 | BRIEF IN OPPOSITION by USA as to Jeffrey G. Boyd re 53 MOTION to Suppress *Evidence Obtained in Violation of the United States Constitution* Reply Brief due by 1/24/2019. (Olshefski, Michelle) (Entered: 01/10/2019) |
| 01/10/2019 | 61 | BRIEF IN OPPOSITION by USA as to Jeffrey G. Boyd re 51 MOTION to Strike *Surplusage from the Indictment* Reply Brief due by 1/24/2019. (Olshefski, Michelle) (Entered: 01/10/2019) |
| 01/10/2019 | 62 | MOTION in Limine by USA as to Jeffrey G. Boyd. (Olshefski, Michelle) (Entered: 01/10/2019) |
| 01/13/2019 | 63 | MOTION for Extension of Time to File Response/Reply as to 61 Brief in Opposition, 60 Brief in Opposition, 59 Brief in Opposition by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Concurrence, # 2 Proposed Order) (Smith, Elliot) (Entered: 01/13/2019) |
| 01/14/2019 | 64 | ORDER granting 63 Motion for Extension of Time to File Response/Reply as to Jeffrey G. Boyd (1). The deadline for Mr. Boyd's replies to the government's briefs is extended to 1/17/2019. Signed by Honorable Matthew W. Brann on 1/14/2019. (jr) (Entered: 01/14/2019) |
| 01/14/2019 | 65 | MOTION in Limine by Jeffrey G. Boyd. (Smith, Elliot) (Entered: 01/14/2019) |
| 01/14/2019 | 66 | BRIEF IN SUPPORT by Jeffrey G. Boyd re 65 MOTION in Limine Brief in Opposition due by 1/28/2019 (Smith, Elliot) (Entered: 01/14/2019) |
| 01/17/2019 | 67 | REPLY BRIEF by Jeffrey G. Boyd re 48 MOTION to Dismiss *Indictment* (Smith, Elliot) (Entered: 01/17/2019) |
| 01/17/2019 | 68 | REPLY BRIEF by Jeffrey G. Boyd re 51 MOTION to Strike *Surplusage from* |

| | | *the Indictment* (Smith, Elliot) (Entered: 01/17/2019) |
|---|---|---|
| 01/17/2019 | 69 | REPLY BRIEF by Jeffrey G. Boyd re 53 MOTION to Suppress *Evidence Obtained in Violation of the United States Constitution* (Smith, Elliot) (Entered: 01/17/2019) |
| 01/21/2019 | 70 | BRIEF IN OPPOSITION by USA as to Jeffrey G. Boyd re 65 MOTION in Limine Reply Brief due by 2/4/2019. (Olshefski, Michelle) (Entered: 01/21/2019) |
| 01/28/2019 | 73 | NOTICE *Under 28 C.F.R. 16.23(c)* by Jeffrey G. Boyd (Smith, Elliot) (Entered: 01/28/2019) |
| 01/31/2019 | 74 | COURT REPORTER NOTES - re: Jeffrey G. Boyd, filed by Wesley J. Armstrong, of evidence suppression hearing held before Judge Brann on 31 January 2019. In accordance with 28 U.S.C., Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Brann on 31 January 2019. By: s/ Wesley J. Armstrong, RMR. (Entered: 01/31/2019) |
| 01/31/2019 | 76 | EXHIBIT LIST by USA as to Jeffrey G. Boyd for Hearing on Motion to Suppress held 1/31/2019. (jr) (Entered: 01/31/2019) |
| 01/31/2019 | 77 | EXHIBIT LIST by Jeffrey G. Boyd for Hearing on Motion to Suppress held 1/31/2019. (jr) (Entered: 01/31/2019) |
| 02/03/2019 | 78 | NOTICE *of Authority* by Jeffrey G. Boyd (Smith, Elliot) (Entered: 02/03/2019) |
| 02/07/2019 | 79 | Proposed Jury Instructions by USA as to Jeffrey G. Boyd (Olshefski, Michelle) (Entered: 02/07/2019) |
| 02/07/2019 | 80 | Proposed Voir Dire by USA as to Jeffrey G. Boyd (Olshefski, Michelle) (Entered: 02/07/2019) |
| 02/07/2019 | 81 | Government's Proposed Verdict Slip (Olshefski, Michelle) (Entered: 02/07/2019) |
| 02/07/2019 | 82 | Proposed Jury Instructions by Jeffrey G. Boyd (Smith, Elliot) (Entered: 02/07/2019) |
| 02/07/2019 | 83 | Proposed Voir Dire by Jeffrey G. Boyd (Smith, Elliot) (Entered: 02/07/2019) |
| 02/07/2019 | 84 | Verdict Form (Smith, Elliot) (Entered: 02/07/2019) |
| 02/11/2019 | 85 | MEMORANDUM OPINION (Order to follow as separate docket entry) as to Jeffrey G. Boyd re 51 MOTION to Strike Surplusage from the Indictment. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/11/2019 | 86 | ORDER (Memorandum filed previously as separate docket entry) - IT IS HEREBY ORDERED that 51 MOTION to Strike Surplusage from the Indictment is denied. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |

| 02/11/2019 | 87 | MEMORANDUM OPINION (Order to follow as separate docket entry) as to Jeffrey G. Boyd re 53 MOTION to Suppress *Evidence Obtained in Violation of the United States Constitution filed by Jeffrey G. Boyd.* Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/11/2019 | 88 | ORDER (Memorandum filed previously as separate docket entry) - IT IS HEREBY ORDERED THAT 53 MOTION to Suppress Evidence is denied. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/11/2019 | 89 | MEMORANDUM OPINION (Order to follow as separate docket entry) as to Jeffrey G. Boyd re 48 MOTION to Dismiss Indictment filed by Jeffrey G. Boyd. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/11/2019 | 90 | ORDER (Memorandum filed previously as separate docket entry) as to Jeffrey G. Boyd - IT IS HEREBY ORDERED that 48 MOTION to Dismiss >Indictment is denied. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/11/2019 | 91 | MEMORANDUM OPINION (Order to follow as separate docket entry) as to Jeffrey G. Boyd re 62 MOTION in Limine and 65 MOTION in Limine. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/11/2019 | 92 | ORDER (Memorandum filed previously as separate docket entry) as to Jeffrey G. Boyd - IT IS HEREBY ORDERED that 62 Govt's MOTION in Limine is granted; 65 Dft's MOTION in Limine is granted in part and denied in part. Signed by Honorable Matthew W. Brann on 2/11/19. (lg) (Entered: 02/11/2019) |
| 02/15/2019 | 93 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of pretrial conference before Judge Matthew W. Brann on February 14, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on February 14, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 02/15/2019) |
| 02/15/2019 | 95 | SCHEDULING ORDER as to Jeffrey G. Boyd: IT IS HEREBY ORDERED that Jury Selection will be conducted on 3/18/2019 at 9:30 AM; Trial will commence immediately following jury selection; Each party shall submit to the Court exhibits and witness lists no later than 3/11/2019. (See Order for further details.) Signed by Honorable Matthew W. Brann on 2/15/2019. (jr) (Entered: 02/15/2019) |
| 02/16/2019 | 96 | Proposed Forfeiture Jury Instructions by U.S.A. (Olshefski, Michelle) (Entered: 02/16/2019) |
| 02/16/2019 | 97 | Proposed Forfeiture Verdict Form by U.S.A. (Olshefski, Michelle) (Entered: 02/16/2019) |

| | | |
|---|---|---|
| 02/25/2019 | 98 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of evidence suppression hearing as to Jeffrey G. Boyd, held on 31 January 2019 before Judge Brann. Court Reporter/Transcriber: Wesley J. Armstrong, RMR (telephone number 717-542-5569). Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/18/2019. Redacted Transcript Deadline set for 3/28/2019. Release of Transcript Restriction set for 5/28/2019. (Entered: 02/25/2019) |
| 03/01/2019 | 99 | Proposed Voir Dire by Jeffrey G. Boyd (Smith, Elliot) (Entered: 03/01/2019) |
| 03/04/2019 | 100 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd, pretrial conference held on February 14, 2019, before Judge Matthew W. Brann. Court Reporter/Transcriber Lori Ann Fausnaught, RMR/CRR, Telephone number 570.323.6704, Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2019. Redacted Transcript Deadline set for 4/4/2019. Release of Transcript Restriction set for 6/3/2019. (cr6, ) (Entered: 03/04/2019) |
| 03/06/2019 | 101 | United States' Request for Discovery Pursuant to Federal Rules of Criminal Procedure, Rule 16 (Olshefski, Michelle) (Entered: 03/06/2019) |
| 03/21/2019 | 107 | EXHIBIT LIST by USA as to Jeffrey G. Boyd re: Jury Trial held March 18-21, 2019. (Original exhibits returned to counsel. Acknowledgement of receipt of original exhibits attached.) (jr) (Entered: 03/21/2019) |
| 03/21/2019 | 108 | EXHIBIT LIST by Jeffrey G. Boyd re: Jury Trial held March 18-21, 2019. (Original exhibits returned to counsel. Acknowledgement of receipt of original exhibits attached.) (jr) (Entered: 03/21/2019) |
| 03/21/2019 | 110 | JURY VERDICT (Redacted) as to Jeffrey G. Boyd - Guilty on Count 1. (jr) (Entered: 03/21/2019) |
| 03/21/2019 | 111 | Jury Instructions as to Jeffrey G. Boyd. (jr) (Entered: 03/21/2019) |
| 03/21/2019 | 112 | ORDER OF DETENTION / ORDER as to Jeffrey G. Boyd: The Defendant shall be held in custody pending sentencing pursuant to 18 U.S.C.§ 3143(a)(1). The United States Probation Office for the Middle District of Pennsylvania is directed to prepare a Pre-Sentence Report in this matter. Any post-trial motions shall be due no later than 4/4/2019. Signed by Honorable Matthew W. Brann on 3/21/2019. (jr) (Entered: 03/21/2019) |
| 03/21/2019 | 113 | ORDER: A presentence conference in this case will be scheduled, if necessary, after both parties have reviewed and responded to the Presentence Report. (See Order for further details.) Signed by Honorable Matthew W. Brann on 3/21/2019. (jr) (Entered: 03/21/2019) |
| 03/22/2019 | 114 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, |

| | | |
|---|---|---|
| | | RMR/CRR of jury selection before Judge Matthew W. Brann on March 18, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 18, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only.) (cr6, ) (Entered: 03/22/2019) |
| 03/22/2019 | 115 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of Judge's instructions and party opening statements before Judge Matthew W. Brann on March 18, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 18, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 03/22/2019) |
| 03/22/2019 | 116 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of jury trial (day two) before Judge Matthew W. Brann on March 19, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 19, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 03/22/2019) |
| 03/22/2019 | 117 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of jury trial (day three) before Judge Matthew W. Brann on March 20, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 20, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 03/22/2019) |
| 03/22/2019 | 118 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of charge conference (day three) before Judge Matthew W. Brann on March 20, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 20, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 03/22/2019) |
| 03/22/2019 | 119 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of jury trial (day four - charge and party closing statements) before Judge Matthew W. Brann on March 22, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 22, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 03/22/2019) |
| 03/22/2019 | 120 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, |

| | | |
|---|---|---|
| | | RMR/CRR of jury trial (day four - jury verdict) before Judge Matthew W. Brann on March 21, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on March 21, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (cr6, ) (Entered: 03/22/2019) |
| 05/27/2019 | 122 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd held on March 20, 2019, excerpt testimony of Agent David Baker, before Judge Matthew W. Brann. Court Reporter/Transcriber Lori Ann Fausnaught, RMR/CRR, Telephone number 570 323 6704. Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/17/2019. Redacted Transcript Deadline set for 6/27/2019. Release of Transcript Restriction set for 8/26/2019. (cr6, ) (Entered: 05/27/2019) |
| 06/25/2019 | 130 | SCHEDULING ORDER as to Jeffrey G. Boyd - Sentencing scheduled for 8/14/2019 at 11:00 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. Each party may, at its own election, submit a sentencing memorandum, no later than 8/7/2019. Signed by Honorable Matthew W. Brann on 6/25/2019. (jr) (Entered: 06/25/2019) |
| 07/03/2019 | 131 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd (requested jury trial testimony) held on March 19, 2019 before Judge Matthew W. Brann. Court Reporter/Transcriber Lori Ann Fausnaught, RMR/CRR, Telephone number 570.323.6704/Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/24/2019. Redacted Transcript Deadline set for 8/5/2019. Release of Transcript Restriction set for 10/1/2019. (cr6, ) (Entered: 07/03/2019) |
| 07/03/2019 | 132 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd (requested jury trial testimony) held on March 20, 2019 before Judge Matthew W. Brann. Court Reporter/Transcriber Lori Ann Fausnaught, RMR/CRR, Telephone number 570.323.6704/Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/24/2019. Redacted Transcript Deadline set for 8/5/2019. Release of Transcript Restriction set for 10/1/2019. (cr6, ) (Entered: 07/03/2019) |
| 07/30/2019 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd, closing arguments and jury charge held on March 21, 2019 before Judge Matthew W. Brann. Court Reporter/Transcriber Lori A. |

|  |  | Fausnaught, RMR/CRR, Telephone number 570.323.6704, Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/20/2019. Redacted Transcript Deadline set for 8/30/2019. Release of Transcript Restriction set for 10/28/2019. (Fausnaught, Lori) (Entered: 07/30/2019) |
|---|---|---|
| 07/31/2019 | 134 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey G. Boyd, in-chambers charge conference held on March 20, 2019 before Judge Matthew W. Brann. Court Reporter/Transcriber Lori A. Fausnaught, RMR/CRR, Telephone number 570.323.6704, Lori_Fausnaught@pamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/21/2019. Redacted Transcript Deadline set for 9/3/2019. Release of Transcript Restriction set for 10/29/2019. (Fausnaught, Lori) (Entered: 07/31/2019) |
| 08/07/2019 | 138 | SENTENCING MEMORANDUM by Jeffrey G. Boyd (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C)(Smith, Elliot) (Entered: 08/07/2019) |
| 08/07/2019 | 139 | MOTION for Release from Custody *Pending Appeal* by Jeffrey G. Boyd. (Attachments: # 1 Certificate of Nonconcurrence, # 2 Proposed Order)(Smith, Elliot) (Entered: 08/07/2019) |
| 08/12/2019 | 140 | EXHIBIT(S) by Jeffrey G. Boyd re 138 Sentencing Memorandum filed by Jeffrey G. Boyd (Smith, Elliot) (Entered: 08/12/2019) |
| 08/14/2019 | 142 | JUDGMENT as to Jeffrey G. Boyd (1), Count 1 - BOP for a term of Time served, and is ordered released from incarceration. The defendant is directed to return to the Northern District of Oklahoma, and report for supervision at the probation office in Tulsa. Three (3) years supervised release with standard and special conditions. $100 Special assessment. $1000 fine. Signed by Honorable Matthew W. Brann on 8/14/2019. (jr) (Entered: 08/14/2019) |
| 08/14/2019 | 143 | COURT REPORTER NOTES re Jeffrey G. Boyd filed by Lori A. Fausnaught, RMR/CRR of sentencing before Judge Matthew W. Brann on August 14, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on August 14, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (Fausnaught, Lori) (Entered: 08/14/2019) |
| 08/19/2019 | 145 | ORDER as to Jeffrey G. Boyd transferring supervised release jurisdiction to Northern District of Oklahoma. Signed by Honorable Matthew W. Brann on 8/19/19. (to USP for further processing) (lg) (Entered: 08/22/2019) |
| 08/27/2019 | 146 | Supervised Release Jurisdiction Transferred to Northern District of Oklahoma |

| | | |
|---|---|---|
| | | as to Jeffrey G. Boyd. Transmitted Transfer of Jurisdiction form, indictment, judgment and docket sheet. (lg) (Entered: 08/27/2019) |
| 08/27/2019 | 147 | NOTICE OF APPEAL by Jeffrey G. Boyd re 142 Judgment, - The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (Ulrich, Frederick) (Entered: 08/27/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/28/2019 10:53:46 | | | |
| **PACER Login:** | dusty.gross:5638121:6045177 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:18-cr-00281-MWB |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |

**19 CR 175 CVE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                               :
        v.                      :      No. 4:CR-18- 281
                               :
JEFFREY R. BOYD              :      (Judge     )
              Defendant     :

FILED
SCRANTON

AUG 2 1 2018

PER _____
DEPUTY CLERK

## I N D I C T M E N T

THE GRAND JURY CHARGES:

### Count 1

On or about July 31, 2018, within the Middle District of

Pennsylvania, and elsewhere, the defendant,

**JEFFREY R. BOYD,**

did knowingly possess a firearm and ammunition, to wit: a loaded

Springfield Armory .45 caliber ACP pistol, model XDS, and additional

.45 caliber ammunition, said firearm and ammunition having been

shipped and transported in interstate commerce, knowing and having

reasonable cause to believe that he was subject to a court order, issued

after a hearing of which he received actual notice, and at which he had

an opportunity to participate, restraining him from injuring, abusing,

sexually assaulting, harassing, stalking, threatening, or otherwise

interfering with the protected person(s), and from use, attempted use or threatened use of physical force against the protected person(s) that would reasonably be expected to cause bodily injury, that by its terms explicitly required Boyd to immediately surrender all firearms and other dangerous weapons within his possession or control and any concealed carry license to law enforcement, to wit:  an Emergency Order of Protection, issued on or about March 19, 2018 by the District Court of Tulsa County, State of Oklahoma, Case No.  PO-20, 18-666.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## NOTICE OF FORFEITURE

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2) set forth in Count 1 of this Indictment, the defendant, **JEFFREY R. BOYD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a loaded Springfield Armory .45 caliber ACP pistol, model XDS, and additional .45 caliber ammunition,

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty

3

the United States of America shall be entitled to forfeiture of
substitute property pursuant to Title 21, United States Code,
Section 853(p), as incorporated by Title 28, United States Code,
Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

ON

DAVID J. FREED
UNITED STATES ATTORNEY

DATE: 08/21/2018    By:  MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY

4

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
                    Sheet 1

# UNITED STATES DISTRICT COURT   19 CR 175 CVE

### Middle District of Pennsylvania

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| | ) | |
| | ) | Case Number:  4:18-CR-00281 |
| JEFFREY G. BOYD | ) | USM Number:  76508-067 |
| | ) | |
| | ) | Elliot A. Smith, Esquire |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   One

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(8) | Possession of a Firearm by a Person Subject to Certain Orders of the Court | 7/31/2018 | 1 |

The defendant is sentenced as provided in pages 2 through ____7____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/14/2019
Date of Imposition of Judgment

Signature of Judge

Matthew W. Brann, United States District Judge
Name and Title of Judge

8/14/2019
Date

AO 245B (Rev. 02/18)  Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT:   JEFFREY G. BOYD
CASE NUMBER:   4:18-CR-00281

Judgment — Page __2__ of __7__

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Time served, and is ordered released from incarceration.  The defendant is directed to return to the Northern District of Oklahoma, and report for supervision at the probation office in Tulsa.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐ a.m.  ☐ p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____ to  _____

at  _____ , with a certified copy of this judgment.

    _____
    UNITED STATES MARSHAL

    By  _____
    DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT:   JEFFREY G. BOYD
CASE NUMBER:   4:18-CR-00281

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Three (3) years.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
          Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 7 |

DEFENDANT:   JEFFREY G. BOYD
CASE NUMBER:   4:18-CR-00281

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B(Rev. 02/18)  Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT:   JEFFREY G. BOYD
CASE NUMBER:  4:18-CR-00281

## SPECIAL CONDITIONS OF SUPERVISION

1)  The defendant shall be placed on home detention for a period of 60 days, to commence within 72 hours of release from imprisonment. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. Home detention shall include electronic monitoring unless electronic monitoring is waived by the probation officer. If an electronic device is utilized, the defendant shall observe the rules specified by the probation officer; and shall maintain a telephone at the defendant's place of residence without any special services, modems, answering machines, or cordless telephones during the term of home confinement, if instructed by the probation officer. The entire cost of electronic monitoring shall be paid by the U.S. Probation Office;

2)  While on supervised release, the defendant shall abide by the Tulsa County District Court Protective Orders PO-2018-664, PO-2018-666, and PO-2018-668, as long as they remain in effect;

3)  The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation;

4)  You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office;

5)  You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer;

6)  Because the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty;

7)  You must participate in an alcohol abuse treatment program and follow the rules and regulations of that program. The probation office will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) which could include an evaluation and completion of any recommended treatment;

8)  You must not use alcohol to excess;

9)  You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program which could include an evaluation and completion of any recommended treatment. You must take all mental health medications that are prescribed by your treating physician;

10)  While on supervised release, the defendant shall have no contact, directly or indirectly, with Kathryn Kelchner; and

11)  You shall pay the fine in minimum monthly installments of no less than $50.

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ____6____ of ____7____

DEFENDANT:   JEFFREY G. BOYD
CASE NUMBER: 4:18-CR-00281

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 1,000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $            0.00 | $            0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 02/18) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:   JEFFREY G. BOYD
CASE NUMBER:   4:18-CR-00281

Judgment — Page   7   of   7

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $   100.00   due immediately, balance due

    ☐   not later than _____ , or
    ☑   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:

    The fine shall be paid in minimum monthly installments of no less than $50.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☑   The defendant shall forfeit the defendant's interest in the following property to the United States:
    Forfeiture pursuant to the Indictment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.